■ In the Matter of KENNETH L. BENNETT, for Reinstatement to the Practice of Law. [759 NYS2d 922] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ.

■ In the Matter of WILLIE R. FELTON, for Reinstatement to the Practice of Law. [759 NYS2d 924] —Order entered dismissing application for reinstatement. Memorandum: Petitioner, in his five applications to this Court, has failed to sustain his burden of demonstrating by clear and convincing evidence that he has complied with the order of disbarment, that he has the requisite character and fitness to practice law or that it would be in the public interest to reinstate him. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ.

■ In the Matter of ERIC G. PAUL, an Attorney, Respondent. [759 NYS2d 921] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of TIMOTHY J. TOOHEY, an Attorney, Respondent. [759 NYS2d 921] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present: Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ARTERBERRY, Appellant. [759 NYS2d 924] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present: Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.